KAUFMAN DOLOWICH & VOLUCK, LLP
25 Main Street – Suite 500
Hackensack, NJ 07601
PH: (201) 201-708-8231 (direct)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA BERK<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RITZ CARLTON CONDOMINIUM ASSOCIATION, BOARDWALK REALTY, ALLIED UNIVERSAL SECURITY,<br><br>　　　　　Defendant. | Civil Action<br><br>Case No: 1:19-cv-20666-NLH-JS<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE ONLY AS TO DEFENDANT<br>THE RITZ CONDOMINIUM ASSOCIATION, INC. |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff Jessica Berk, *pro se* ("Plaintiff"), and Kaufman Dolowich & Voluck, LLP, attorneys for Defendant The Ritz Condominium Association, Inc. (pleaded as Ritz Carlton Condominium Association) ("Defendant Ritz"), that all claims asserted in the Complaint filed in the above-captioned matter by Plaintiff against Defendant Ritz are hereby dismissed with prejudice, without attorney's fees or costs against either party.

**Kaufman Dolowich & Voluck, LLP**
Attorneys for Defendant
The Ritz Condominium Association, Inc.

By_____
　　Robert A. Berns, Esq.

Dated:

**Jessica Berk**
Plaintiff *Pro Se*



By_____
　　Jessica Berk

Dated: 12.25.2021

Berk v The Ritz Condominium Association

Robert Berns <rberns@kdvlaw.com>

Mon 1/3/2022 11:12 AM

To: william kennedy <mobilekennedy@msn.com>; Jess Berk <pridestreet@gmail.com>

We are awaiting the signed version of the Stipulation which you provided to the management offer.
They advised it was mailed but it has not arrived.
As such, until it arrives, the Stipulation cannot be filed.

Thanks

Robert Berns

**Robert Berns**
*Partner*



**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Court Plaza North, 25 Main Street, Suite 500
Hackensack, NJ 07601

Direct:   201-708-8231
Cell:     201-221-6985
Main:    201-488-6655
Fax:      201-488-6652
Email:   rberns@kdvlaw.com

**WWW.KDVLAW.COM**

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

Berk v The Ritz Condominium Association

Robert Berns <rberns@kdvlaw.com>
Mon 1/3/2022 11:12 AM
To: william kennedy <mobilekennedy@msn.com>; Jess Berk <pridestreet@gmail.com>

We are awaiting the signed version of the Stipulation which you provided to the management offer.
They advised it was mailed but it has not arrived.
As such, until it arrives, the Stipulation cannot be filed.

Thanks

Robert Berns


**Robert Berns**
*Partner*



**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Court Plaza North, 25 Main Street, Suite 500
Hackensack, NJ 07601

Direct:  201-708-8231
Cell:    201-221-6985
Main:    201-488-6655
Fax:     201-488-6652
Email:   rberns@kdvlaw.com

**WWW.KDVLAW.COM**

   

**NEW YORK | NEW JERSEY | PENNSYLVANIA | FLORIDA | ILLINOIS | CALIFORNIA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JESSICA BERK,

               Plaintiff,               Case Number: 1:19-cv-20666-NLH-JS

vs.

RITZ CARLTON CONDOMINIUM        STIPULATION OF DISMISSAL
ASSOCIATION, BOARDWALK REALTY
and ALLIED UNIVERSAL SECURITY,

              Defendants.

    I cared for someone with Covid-19 for a few months, and I became sick. I sent in the stipulation of settlement once by mail then again on 11.11.2021 to management. It was supposed to be mailed, and I have not heard back. Mr. Berns has an email with the scanned document; please allow that one to be entered as original or accept this new one as the original.

    Thank you for all this court has done as I could not say it earlier. God Bless.

Jessica Berk, pro se

By: _____
     Jessica Berk
     Plaintiff

Dated: 1·13·2022

Jessica Nan Berk
2715 Boardwalk, Unit 1511
Atlantic City, NJ 08401

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESSICA BERK | **CERTIFICATION OF SERVICE** |
| Plaintiff, | |
| vs. | No. 1:19-cv-20666-NLH |
| RITZ CARLTON CONDOMINIUM ASSOCIATION, BOARDWALK REALTY | |
| Defendants. | |

The undersigned hereby certifies that on this date, Motion to of stipulation of dismissal with prejudice only as to the defendant RITZ CARLTON CONDOMINIUM ASSOCIATION to Order was filed with the Court and served via regular mail upon:

RITZ CARLTON CONDOMINIUM ASSOCIATION,
2715 Boardwalk,
Atlantic City, New Jersey 08401,


BOARDWALK REALTY
100 Campus Drive, Suite 112
Florham Park, New Jersey 07932,

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

By: _____
William Henry Kennedy

Dated: January 23, 2022